**STATEMENT OF FACTS**

On Saturday, November 14, 2020, at approximately 4:00 p.m., officers responded to 17th and I Streets, NW, Washington, DC in reference to a number of reported assaults. Members of the media provided officers with video images capturing the assaults. One of the videos depicts the defendant, later identified as Kenneth Deberry, assaulting the complainant by punching him with a closed fist to the face. Officers placed the defendant under arrest for the assault. Search incident to arrest the officers recovered a revolver in the defendant's waistband.

The firearm that recovered was determined to be a black Interarms Revolver, Special .38 Caliber, Serial Number D409128. The firearm was loaded with five (5) rounds. There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm in this case would have traveled in interstate commerce.

The defendant agreed to a custodial interview post-arrest. During that interview he told detectives that he had previously had his life threatened while protesting. He returned armed with the .38 revolver to protect himself while he protested.

A criminal history check of Defendant Deberry through the National Crime Information Center (NCIC) confirmed that the defendant has a prior felony conviction for Robbery in Case Number 2011 CF3 23532. The defendant was sentenced to twenty (20) months of incarceration for this offense. Additionally, the defendant has a prior felony conviction for Second Degree Child Abuse in Case Number 2008 CF1 14507. The defendant was sentenced to forty (40) months of incarceration for this offense. Additionally, the defendant has a prior felony conviction for Carrying a Pistol without a License in Case Number 2007 CF2 19246. The defendant was sentenced to one (1) year of incarceration. Additionally, the defendant has a prior felony conviction for Attempt Robbery in Case Number 2002 FEL 5949. The defendant was sentenced to nine (9) months incarceration. Therefore, the defendant was aware at the time of his arrest in this case that he had prior convictions for crimes punishable by more than one year.

_____
OFFICER JERIN RUTHERFORD
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 16th day of November, 2020.*

_____
ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE

Case: 1:20-mj-00231
Assigned to: Judge Zia M. Faruqui
Assign Date: 11/16/2020
Description: COMPLAINT W/ARREST WARRANT